IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUKESHBHAI GOVINDDAS SUTHAR | : | CIVIL ACTION |
| | : | |
| | : | No. 26-3031 |
| v. | : | |
| | : | |
| J.L. JAMISON, *Warden, FDC* *Philadelphia, In his official capacity*, et al. | : | |

### **ORDER**

AND NOW, this 6th day of May, 2026, upon consideration of Petitioner Mukeshbhai Govinddas Suthar's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Dkt. No. 1), it is ORDERED:

1. Petitioner shall make immediate and proper service of the Petition (Dkt. No. 1) and this Order on the Government Respondents.

2. Petitioner shall immediately forward his petition and this Order to the following email addresses:

   a. desiree.wilkins@usdoj.gov

   b. anthony.stjoseph@usdoj.gov

   c. susan.becker@usdoj.gov

   d. gregory.david@usdoj.gov

3. The Government shall not transfer Petitioner outside of the Eastern District of Pennsylvania without further order of the Court.

4. The Government shall respond to the Petition by **Friday, May 8, 2026**.

5. The parties shall promptly inform the Court if they do not require a hearing or oral argument.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.