IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUKESHBHAI GOVINDDAS SUTHAR | : | CIVIL ACTION |
| | : | |
| | : | No. 26-3031 |
| v. | : | |
| | : | |
| J.L. JAMISON, *Warden, FDC* | : | |
| *Philadelphia, In his official capacity*, et al. | : | |

## **ORDER**

AND NOW, this 13th day of May, 2026, upon consideration of the Government's response to the petition, it is ORDERED Petitioner Mukeshbhai Govinddas Suthar shall file any reply by May 19, 2026.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.