IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUKESHBHAI GOVINDDAS SUTHAR | : : : | CIVIL ACTION<br>No. 26-3031 |
| v. | : : | |
| J.L. JAMISON, *Warden, FDC Philadelphia, In his official capacity*, et al. | : : | |

## ORDER

AND NOW, this 3rd day of June, 2026, upon consideration of Petitioner Mukeshbhai Govinddas Suthar's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Dkt. No. 1) and the Government's response, it is ORDERED:

1. The Petition is DENIED.

2. Petitioner's reply (Dkt. No. 8) is SEALED.[1]

3. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1]    The reply appears to include sensitive personal information about Petitioner and his family, such as Petitioner's full social security number and the full name of his minor child. The Court will seal the reply in accordance with Federal Rule of Civil Procedure 5.2 and Local Rule of Civil Procedure 5.1.3.